USCA1 Opinion

 

 June 16, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1223 ELIESABETH AMELUNG, Plaintiff, Appellant, v. MILTON SAVINGS BANK, ET AL, Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ___________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ___________________ Eliesabeth Amelung on brief pro se. __________________ Thomas A. Schulz, Assistant General Counsel, Ann S. DuRoss, ________________ _____________ Assistant General Counsel, Richard J. Osterman, Senior Counsel, ____________________ and Florian Frederick Chess, Senior Attorney, Federal Deposit ________________________ Insurance Corporation, on brief for appellee, Federal Deposit Insurance Corporation. Carolyn B. Lieberman, Acting Chief Counsel, Thomas J. Segal, ____________________ _______________ Deputy Chief Counsel, Elizabeth R. Moore, Assistant Chief _____________________ Counsel, and Frances C. Augello, Senior Trial Attorney, Office of __________________ the Chief Counsel, Office of Thrift Supervision, on brief for appellee, Office of Thrift Supervision. __________________ __________________ Per Curiam. We have carefully reviewed plaintiff's ___________ filings and conclude plaintiff failed to state any cause of action over which a federal court has jurisdiction. Consequently, we affirm the judgment dismissing plaintiff's action. Affirmed. ________ -2-